UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK FERRY, individually and as successor and executor to the Estate of Randy Sapp, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DE LONGHI AMERICA INC., et al, <br><br> Defendants. | Case No: C 16-00659 SBA <br><br> **CONDITIONAL DISMISSAL ORDER** |

The Court has received notice of the settlement of this action. It appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and trial will be rescheduled, provided that such motion is filed within thirty (30) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 01/16/2018

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge